FILED IN OPEN COURT
ON 1/28/2025
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 23cv1049

| | |
|---|---|
| STEPHANIE M. WHITE, Individually and as Guarding ad Litem for C.S.E., <br><br> Plaintiff, <br><br> v. <br><br> CHARLES B. KING and THE HARPER CORPORATION - GENERAL CONTRACTORS (FORMERLY HARPER BUILDERS' SUPPLY, INC.), <br><br> Defendants. | **ORDER GRANTING JOINT MOTION TO SEAL** |

This matter having come before the Court on the Joint Motion to Seal of Plaintiff/Counterclaim Defendant Stephanie M. White, individually and as Guardian Ad Litem for C.S.E., and Defendants Charles B. King and The Harper Corporation – General Contractors (formerly Harper Builder's Supply, Inc.) (collectively referred to as the "Parties") to seal the Settlement Agreement and Release relevant to the Court's consideration of the contemporaneously filed Joint Motion for Order of Approval of Settlement Agreement and Release, Dismissal of Claims;

And the Court having considered the Joint Motion to Seal and accompanying memorandum;

And it appearing based on the Joint Motion to Seal and other matters of record before the Court that the impairment of the public interest has been minimized and that the public interest in access to these limited parts of the court proceedings is substantially outweighed by the Parties' interest in protecting certain confidential information;

1

And that good cause exists for granting the Joint Motion to Seal;

It is hereby ORDERED that the Joint Motion to Seal is ALLOWED.

The Clerk is hereby directed to seal the Settlement Agreement and Release.

SO ORDERED, this the 28 day of Jan, 2025.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE